IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| WILLIAM BLASI, | : | CIVIL ACTION |
|     Plaintiff | : | |
| | : | |
| vs. | : | NO. 14-1354 |
| | : | |
| BOROUGH OF PEN ARGYL, et al., | : | |
|     Defendants | : | |

## O R D E R

**AND NOW,** this  23rd  day of July, 2015, upon consideration of the defendants' uncontested motion to dismiss (Document #7), IT IS HEREBY ORDERED that the motion is GRANTED in its entirety.

The Clerk of Court is directed to mark this case CLOSED for all purposes.

BY THE COURT:

 /s/ Lawrence F. Stengel 
LAWRENCE F. STENGEL, J.